OPINION — AG — ** PUBLIC EMPLOYEES RETIREMENT SYSTEM — CALCULATION FORMULA — INCREASE ** IN CONSTRUING THE PROVISIONS OF 74 O.S. 930.1 [74-930.1](A) WITH THE PROVISIONS OF 74 O.S. 930.1 [74-930.1](B), RETIRANTS OF THE OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYSTEM COMING UNDER THE PURVIEW OF SUBSECTION B ARE 'NOT' ENTITLED TO RECEIVE, AS OF JULY 1, 1982, RETIREMENT BENEFITS BASED UPON THE NEW BENEFITS CALCULATION FORMULA SET FORTH THEREIN, PLUS THE TEN PERCENT(10%) INCREASE AUTHORIZED BY SUBSECTION A. SUCH RETIRANTS 'ARE' ENTITLED TO RECEIVE THE GREATER SUM OF MONEY EQUIVALENT TO THE FORMER LEVEL OF BENEFITS, PLUS TEN PERCENT(10%), OR, IN THE ALTERNATIVE, THE SUM OF MONEY RESULTING FROM THE NEW BENEFITS FORMULA. (STATUTORY CONSTRUCTION, CALCULATION, PROCEDURE, LEVEL, EFFECTIVE DATE) CITE: 74 O.S. 915 [74-915](A)(1), 74 O.S. 930.1 [74-930.1], 74 O.S. 930.1 [74-930.1](A), 74 O.S. 930.1 [74-930.1](B) (MICHAEL SCOTT FERN)